AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| McDonald Hardin ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.   9:20-cv-1420-HMH-BM |
| Acting Warden, *F.C.I. Edgefield*, ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, McDonald Hardin, shall take nothing of Respondent, Acting Warden, *F.C.I. Edgefield*, as to the petition filed pursuant to 28 U.S.C. § 2241, the petition is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Bristow Marchant, United States Magistrate Judge.

Date:   June 16, 2020                                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/C, Pegram-Conner
                                                                                    _____
                                                                                    *Signature of Clerk or Deputy Clerk*